# Court of Appeals
# of the State of Georgia

ATLANTA, _September 10, 2013_

*The Court of Appeals hereby passes the following order:*

**A13A2462. BERNADETTE JOHNEKINS v. ERIC B. OWENS.**

Plaintiff Bernadette Johnekins filed a notice of appeal seeking to directly appeal the order dismissing her claims and entering judgment against her on the defendant's counterclaim in the amount of $4,537.87.

Although the grant of a motion to dismiss is ordinarily directly appealable, where the amount of judgment is $10,000.00 or less, an application for discretionary appeal is required. OCGA § 5-6-35 (a) (6) and (b); *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865 (420 SE2d 810) (1992). Because Johnekins failed to follow the proper procedure here, her appeal is ordered DISMISSED for lack of jurisdiction. *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/10/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*